IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

COURTNEY BURT DUNSTON
#202400763                                                                PLAINTIFF

v.                          No. 3:24-cv-181-DPM

ZACHARY PASCHAL, Officer/Corporal,
Arkansas State Police – Troop C;  KEVIN
BELL, Sheriff, Randolph County;  and
TIMOTHY MCCOLLINS, Deputy Sheriff,
Randolph County                                                           DEFENDANTS

ORDER

Dunston's renewed motion to amend his complaint, *Doc. 12*, is denied for the reasons stated in the Court's 27 January 2025 Order, *Doc. 10*. Trooper Paschall, a state official, cannot be sued for damages in his official capacity. Sheriff Bell and Deputy Sheriff McCollins are Randolph County employees. The county can only be liable if Bell and McCollins "executed" a county policy, practice, or custom that caused Dunston's injuries. *LaCoe v. City of Sisseton*, 82 F.4th 580, 585 (8th Cir. 2023). Dunston alleges the opposite—that they didn't follow a county policy or custom. *Doc. 12 at 4*. Therefore, he has not stated official capacity claims against Bell and McCollins. This is this Court's final ruling on this issue. If Dunston disagrees with that ruling, he may press

the issue on appeal to the U.S. Court of Appeals for the Eighth Circuit after this Court enters a final Judgment.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 March 2025

-2-