IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

COURTNEY BURT DUNSTON                                     PLAINTIFF
#00738511

v.                      No. 3:24-cv-181-DPM

ZACHARY PASCHAL, Officer/Corporal,
Arkansas State Police – Troop C; KEVIN
BELL, Sheriff, Randolph County; and
TIMOTHY MCCOMAS, Deputy Sheriff,
Randolph County                                          DEFENDANTS

## ORDER

1. Dunston's motion for order, *Doc. 44*, is partly granted as specified and partly denied. The Prison Litigation Reform Act requires prisoners to exhaust their administrative remedies before suing in federal court. The deadline in *Doc. 43* was for the defendants, not Dunston, to file any motion for summary judgment on exhaustion. The Court can't give Dunston legal advice or tell him how to pursue his case.

2. Paschal's motion to stay, *Doc. 48*, is granted. The Court will set a new deadline for exhaustion motions, if necessary, after ruling on the motion for judgment on the pleadings, *Doc. 46*.

-2-

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 September 2025

-2-