IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**COURTNEY BURT DUNSTON**  PLAINTIFF
**#00738511**

v.                     No. 3:24-cv-181-DPM

**ZACHARY PASCHAL, Officer/Corporal,
Arkansas State Police – Troop C; KEVIN
BELL, Sheriff, Randolph County; and
TIMOTHY MCCOMAS, Deputy Sheriff,
Randolph County**           DEFENDANTS

## ORDER

Motion to clarify, *Doc. 53*, granted. The Court reads *Doc. 51* as Dunston's response to the motion for judgment on the pleadings, *Doc. 46*. The Court directs the Clerk to update the docket.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 September 2025