IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

COURTNEY BURT DUNSTON
#00738511                                                              PLAINTIFF

v.                       No. 3:24-cv-181-DPM

ZACHARY PASCHAL, Officer/Corporal,
Arkansas State Police – Troop C;
KEVIN BELL, Sherrif, Randolph County;
and TIMOTHY MCCOMAS, Deputy
Sherrif, Randolph County                                              DEFENDANTS

ORDER

Trooper Paschal seeks judgment on the pleadings on Dunston's inventory-search-related claims against him. He asserts qualified immunity. Dunston has responded to the motion, plus submitted materials in support of his claims.

These materials led the Court to Dunston's conviction in No. 3:24-cr-4-JM for possessing methamphetamine and intending to distribute it. Dunston pleaded guilty, and has been sentenced. His plea agreement provides:

> The defendant specifically waives any and all challenges to the searches, seizures, arrests, statements, and forfeitures that have taken place as of the date of the execution of this plea agreement by the defendant in this investigation by any entity, and in any forum where the offense may be pursued and/or forfeiture may be sought. The defendant will assist in executing any requested

> waiver of challenge and relinquishment of rights to any and all assets that have been seized to date in this investigation by any participating agency or department, in any forum where the forfeiture may be sought.

*Doc. 33 at 5.* Dunston also forfeited all his right, title, and interest in a Glock .40 pistol and $595 in U.S. currency if the money has not previously been returned to Dunston. *Doc. 33 at 9.* In this case, he seeks damages for the loss of other property, in particular cell phones and his vehicle.

The Court denies Trooper Paschal's motion, *Doc. 46*, without prejudice. The Court notifies the parties that, having taken judicial notice of Dunston's plea agreement, it is considering granting summary judgment to Trooper Paschal based on Dunston's waiver of all search-related challenges. Fed. R. Civ. P. 56(f)(3); *Smith v. Walt Bennett Ford, Inc.*, 314 Ark. 591, 864 S.W.2d 817 (1993). The Court welcomes briefs (and any other helpful materials) from Dunston and from Trooper Paschal about this potentially dispositive issue by 16 January 2026.

In the meantime, an Amended Final Scheduling Order will issue. The Court sees no need for a separate exhaustion-motion deadline. The stay is lifted.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

22 December 2025

-3-