### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**COURTNEY BURT DUNSTON**
**#00738511**                                                                   **PLAINTIFF**

**v.**                              **No. 3:24-cv-181-DPM**

**ZACHARY PASCHAL, Officer/Corporal,**
**Arkansas State Police – Troop C;**
**KEVIN BELL, Sherrif, Randolph County;**
**and TIMOTHY MCCOMAS, Deputy**
**Sherrif, Randolph County**                                  **DEFENDANTS**

### ORDER

The Court appreciates the parties' briefs, *Doc. 61 & 62*. Dunston has sued Trooper Paschal for an allegedly illegal search of his vehicle. *Doc. 2 at 4–6*. The Court noticed Dunston's guilty plea in his resulting federal criminal case. *Doc. 60*. In his plea agreement, he waived his right to challenge Trooper Paschal's search of his vehicle. *See Doc. 33 at 5*, Case No. 3:24-cr-4-JM (E.D. Ark. 3 February 2025). The Court therefore grants summary judgment to Trooper Paschal. Dunston's claims against him will be dismissed with prejudice. Dunston's claims against Sheriffs Bell and McComas for allegedly failing to protect his property remain. The motion to stay, *Doc. 65*, is denied as moot.

-2-

So Ordered.

_NPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

_11 May 2026_