**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**COURTNEY BURT DUNSTON
#00738511**                                                                     **PLAINTIFF**

**v.**                                     **No. 3:24-cv-181-DPM**

**KEVIN BELL, Sherrif, Randolph County;
and TIMOTHY MCCOMAS, Deputy
Sherrif, Randolph County**                                        **DEFENDANTS**

**ORDER**

Dunston's mail is being returned as undeliverable. *Doc. 69.* He must update his mailing address by 10 July 2026. If he doesn't, the Court will dismiss Dunston's case without prejudice for failure to prosecute. Local Rule 5.5(c)(2). If he provides a current address, the Court will enter a comprehensive Final Scheduling Order.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 June 2026