# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**COURTNEY BURT DUNSTON**                                    **PLAINTIFF**

**v.**                              **No. 3:24-cv-181-DPM**

**KEVIN BELL, Sheriff, Randolph County;**
**and TIMOTHY MCCOMAS, Deputy**
**Sheriff, Randolph County**                             **DEFENDANTS**

## ORDER

Dunston hasn't updated his address; and the time to do so has passed. *Doc. 70.* His claims against Bell and McComas will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_15 July 2026_