# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**COURTNEY BURT DUNSTON**                                        **PLAINTIFF**

**v.**                              **No. 3:24-cv-181-DPM**

**ZACHARY PASCHAL, Officer/Corporal,**
**Arkansas State Police – Troop C;**
**KEVIN BELL, Sherrif, Randolph County;**
**TIMOTHY MCCOMAS, Deputy Sherrif,**
**Randolph County;  and RANDOLPH**
**COUNTY SHERIFF'S DEPARTMENT**                **DEFENDANTS**

## JUDGMENT

Dunston's claims against Paschal and the Randolph County Sheriff's Department are dismissed with prejudice.  His claims against Bell and McComas are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_15 July 2026_